# EXHIBIT D

*Surrogate's Chambers*



Judge
Anthony A. Scarpino, Jr.
Surrogate
Westchester County

Courthouse Square
140 Grand Street
White Plains, New York 10601-3307

January 27, 2005

Robert Damast, Esq.
Lauterbach, Garfinkel, Damast & Hollander, LLP
35 E. Grassy Sprain Road
Yonkers, NY 10710

    Re:   Estate: Seymour B. Durst
           Disability and Interest: Incarcerated Income Beneficiary - Robert Durst
           File No.: 3156/04 (B)
           Return Date: March 2, 2005

Dear Mr. Damast:

    Confirming a telephone communication from my secretary, I am pleased to designate you as Guardian Ad Litem in the above-referenced Accounting proceeding.

    Enclosed is our Guardian Ad Litem instruction sheet which is self-explanatory, along with the forms you are required to complete, to be eligible. All completed forms should be returned to John W. Kelly, Chief Clerk, who is the Fiduciary Clerk of the Court. **Please be kind enough to return the forms within 10 business days of receipt of this letter.**

    If you have not been appointed previously in this type of proceeding, please contact the appropriate court attorney before commencing this assignment, as follows:

| | | |
|---|---|---|
| Probate: | Joseph M. Accetta | (914) 824-5655 |
| Administration: | Joseph M. Accetta | (914) 824-5655 |
| Miscellaneous: | Charles T. Scott | (914) 824-5646 |
| | Ann J. Lewis | (914) 824-5644 |
| | Kevin G. Murphy | (914) 824-5645 |
| Accounting: | Charles T. Scott | (914) 824-5646 |
| Wrongful Death: | Jody B. Keltz | (914) 824-5643 |
| Guardianship/Adoption: | Jody B. Keltz | (914) 824-5643 |
| | Ann J. Lewis | (914) 824-5644 |
| | Kevin G. Murphy | (914) 824-5645 |

    If the court attorney listed is unavailable, someone else in the Law Department can be of assistance.

    Should there be a conflict between you and any attorney in this matter, be sure to notify me promptly. If you have any questions, please call my Chambers at (914) 824-5654.

Respectfully,

HON. ANTHONY A. SCARPINO, JR.
Westchester County Surrogate

AAS:js
Enclosures


PRINTED ON RECYCLED PAPER