# EXHIBIT E

Case 1:04-cv-06981-RMB    Document 14-13    Filed 05/23/06    Page 54 of 92/04

*AWH 3/15/05*

At the Surrogate's Court of
the State of New York held in
and for the County of
Westchester on the _15th_
Day of March, 2005

PRESENT: HON. ANTHONY A. SCARPINO, JR., SURROGATE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In the Matter of the Judicial Settlement of the First Intermediate
Account of the Proceedings of Richard Siegler, Douglas Durst          File No. 3156/04
and Jonathan Durst, as Trustees of the Trusts under Agreements
dated May 1, 1962, created by

SEYMOUR B. DURST,

As Grantor,                                           *Conformed Copy*

For the Benefit of Robert Durst.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In the Matter of the Judicial Settlement of the First Intermediate
Account of the Proceedings of Richard Siegler, Douglas Durst          File No. 3156/04 (B)
and Jonathan Durst, as Trustees of the Trusts under Agreements
dated December 31, 1962, created by

                                                       JOINT DISCOVERY
SEYMOUR B. DURST,                                      ORDER

As Grantor,

For the Benefit of Robert Durst.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

As a result of a discovery conference held on February 24, 2005, the Court hereby

amends and modifies its initial Discovery Order entered herein on January 12, 2005, as follows:

1.      The parties will comply with the Notices of Discovery and Inspection served upon

them not later than April 8, 2005.

2.      The examination before trial of a representative of Stroock & Stroock & Lavan

LLP with the knowledge of the services rendered by that firm with respect to the trusts at issue in

Case 1:04-cv-06981-RMB    Document 14-1    Filed 05/23/07    Page 3 of 5

these proceedings shall be held at 10:00 a.m. on May 4, 2005, at the offices of Anderson Kill &
Olick, P.C., 1251 Avenue of the Americas, New York, New York 10020.

3.    The examination before trial of Michael Kennedy, a non-party witness, shall be
held at 10:00 a.m. on May 5, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue
of the Americas, New York, New York 10020.

4.    The examination before trial of David Durst, a non-party witness, shall be held at
10:00 a.m. on May 11, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue of the
Americas, New York, New York 10020.

5.    The examination before trial of Richard Siegler, a party, shall be held at 10:00
a.m. on May 16, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue of the
Americas, New York, New York 10020.

6.    The examination before trial of Douglas Durst, a party, shall be held at 10:00 a.m.
on May 18, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas,
New York, New York 10020.

7.    The examination before trial of Jonathan Durst, a party, shall be held at 10:00
a.m. on May 19, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue of the
Americas, New York, New York 10020.

8.    The examination before trial of Jerome Manning, a non-party witness, shall be
held at 10:00 a.m. on May 23, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue
of the Americas, New York, New York 10020.

- 2 -

9.     The examination before trial of a representative of H.J. Behrman with knowledge of the services rendered by that firm with respect to the trusts at issue in these proceedings, a non-party witness, shall be held at 10:00 a.m. on May 25, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, New York 10020.

10.     The examination before trial of Ira Marx, a non-party witness, shall be held at 10:00 a.m. on June 9, 2005, at the offices of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, New York 10020.

11.     The examination before trial of Robert Durst, a party, shall be held on or before June 10, 2005, at such time and place to be determined by the Federal Authorities.

12.     All discovery motions relating to the parties' Notices of Discovery and Inspection shall be made on or before April 1, 2005, and be made returnable no later than April 13, 2005.

13.     Except as provided above, the Discovery Order entered herein on January 12, 2005 remains in full force and effect.

This is the Order of the Court.

Conformed
Copy

HON. ANTHONY A. SCARPINO, JR.
Westchester County Surrogate
PLOH/CTS

- 3 -

At a Surrogate's Court of
the State of New York held
in and for the County of
Westchester on the *12th*
day of *Janu*, *2005*

PRESENT: HON. ANTHONY A. SCARPINO, JR., SURROGATE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Estate of Durst*                    DISCOVERY ORDER

File No. *3156/2004*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

As a result of a discovery conference held on *Janu 12, 2005*, the court sets the following schedule for completion of discovery in this proceeding:

1.  A demand for a Bill of Particulars as to

_____ is to be served by

_____ on or before _____.

Thereafter, the Bill of Particulars shall be served on or before

_____.

2.  All demands for Discovery & Inspection including interrogatories are to be served on or before *Febuy 11, 2005* and are to be complied with not later than ____ ~~days after service~~. *March 11, 2005*

3.  Examination before trial of *Jerome Manning* _____ (party) ~~(witness)~~ shall be held at 10 a.m. on *April 11, 2005* at the (Surrogate's Court Westchester County). _____).

David Durst

Examination before trial of _Richard Stephen_

~~April 12, 2004~~ _____ (party) (~~witness~~) shall be held at 10

a.m. on _April 12, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _Douglas Durst_

~~April 14~~ _____. (party) (witness) shall be held at 10

a.m. on _April 14, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _Richard Siegle_

_____ (party) (witness) shall be held at 10

a.m. on _April 15, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _Jonathan Durst_

_____ (party) (witness) shall be held at 10

a.m. on _April 18, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _a representative of_

_Schook Schook & Lavan Loish_ _Knowledge of the Sivian rendered by that firm_ (party) (witness) shall be held at 10

a.m. on _April 19, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _Michael Kennedy_

_____ (party) (witness) shall be held at 10

a.m. on ~~April 21, 2000~~ _May 3, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _Ira Marks_

_____ (party) (witness) shall be held at 10

a.m. on _May 5, 2005_ at the (Surrogate's Court Westchester

County).

Examination before trial of _a representative of H.J. Berman_

_with Knowledge of the Sivian_ _rendered by that firm to the Trust_ (party) (witness) shall be held at 10

a.m. on _May 9, 2005_ at the (Surrogate's Court Westchester

County).

_Examination before trial of Robert Durst, a
party shall be held on or before May 20, 2005
at a venue to be determined the Federal authorities_

2

All EBT's shall be continued day to day until complete unless otherwise directed by the Court.

4.   Other miscellaneous matters: ~~related to the~~ demand for discovery i Inspection

a.   all discovery motions, related to the demands shall be filed on or before March 11, 2004 and be made returnable no later than March 23, 2004

b.   all affidavits of legal services for Scheduled expenses shall be filed by January 21, 2005.

5.   Any party may serve a Post-EBT Discovery & Inspection demand within 10 days after the EBT to which it relates.   Such demand shall be responded to within 14 days after services thereof.

6.   There shall be no other, further or additional discovery by any party without further order of the Court and only upon good cause shown.

7.   There shall be no adjournments of the dates, times or discovery directed herein without prior Court approval.  The failure to conduct and complete any discovery directed herein shall constitute a waiver of such discovery and may otherwise subject the offending party or counsel to sanctions as proscribed by law.

8.   ~~All dispositive motions shall be made and fil~~ed on or before _____ and shall be returnable not later than _____.  No oral argument is required.

9.   A note of issue, statement of readiness and statement of issues (order framing issues) are to be filed by petitioner on or ~~before~~ _____.

10.  A ~~pre-trial~~ *further discovery* conference shall be held on *February 24* at *10*:30 a.m.  ~~The appearances of counsel and~~ clients are required.  The failure of any counsel or party to appear may result in sanctions including without limitation dismissal of any claim or counterclaim or the issuance of a ~~default judgment or decree.~~

This is the Order of the Court.

HON. ANTHONY A. SCARPINO, JR.
Westchester County Surrogate

4