# EXHIBIT F

# FILED UNDER SEAL

# EXHIBIT G

# FILED UNDER SEAL

# EXHIBIT H

# FILED UNDER SEAL

# EXHIBIT I

# FILED UNDER SEAL

# EXHIBIT J

# FILED UNDER SEAL

# EXHIBIT K

# FILED UNDER SEAL

# EXHIBIT L

# FILED UNDER SEAL

# EXHIBIT M

# FILED UNDER SEAL

# EXHIBIT N

# FILED UNDER SEAL

# EXHIBIT O

# FILED UNDER SEAL

# EXHIBIT P

# FILED UNDER SEAL

# EXHIBIT Q

# FILED UNDER SEAL

# EXHIBIT R

# FILED UNDER SEAL