# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

September 26, 2016

Saul B. Shapiro
Partner
(212) 336-2163
Direct Fax: (212) 336-2396
sbshapiro@pbwt.com

**By Hand and ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Durst v. Siegler, et al.* No. 1:04-cv-06981 (RMB)

Dear Judge Berman:

      We represent Jonathan Durst in the above captioned matter. Pursuant to the Court's September 15, 2016 Memo Endorsed Order, we write in response to the August 9, 2016 letter to the Court from Mr. McCarthy on behalf of his clients, Carol Bamonte and others. Jonathan Durst joins in the positions taken in Mr. Moerdler's September 26, 2016 letter to the Court on behalf of Douglas Durst and Richard Siegler.

Respectfully submitted,

Saul B. Shapiro

cc: all counsel of record (by e-mail)

9164217v.1